■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT GOODEN, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Bonomo, J.), rendered July 8, 1982, convicting him of attempted criminal possession of a dangerous weapon in the third degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

The police had a reasonable basis for stopping defendant's car, since they observed it traveling at an excessive rate of speed (*see, People v Singleton,* 41 NY2d 402; *People v Ingle,* 36 NY2d 413). Furthermore, when, upon approaching defendant to ask for his license and registration, Officer Gaynor observed defendant furtively attempting to secrete something in his crotch, the

officer was presented with a reasonable suspicion of danger so as to warrant the minimal intrusion of a frisk of defendant (*People v Benjamin,* 51 NY2d 267). The subsequent seizure of defendant's gun was, therefore, proper.

Additionally, defendant's failure to challenge the constitutionality of his prior felony conviction at sentencing constituted a waiver of any allegation of unconstitutionality since he has not shown good cause for his failure to do so (CPL 400.15 [7] [b]).

We have considered defendant's other contentions and find them to be either unpreserved or without merit. Lazer, J. P., Gibbons, O'Connor and Brown, JJ., concur.